# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKESHORE ESTATES HOMEOWNER'S
ASSOCIATION, INC.

VERSUS

MALCOLM SUTTER AND KATHRYN A.
SUTTER

CONSOLIDATED WITH

MALCOLM SUTTER

VERSUS

EUGENE HOTARD, PATRICK TRAINOR,
CHEREE SENS, BOBBY JUGE, MICHAEL
APPLETON, GREGORY WALTERS, BRIAN
DUPUY, SUSAN FINK, RODNEY DURST,
RENAISSANCE REALTY SERVICES, LLC,
AND LAKESHORE ESTATES HOMEOWNERS
ASSOCIATION, INC.

NO.   2024 CW 0897

**OCTOBER 18, 2024**

---

In Re:    Malcolm Sutter, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          201914072 c/w 202111520.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of any opposition and any attachments thereto, a copy of pertinent court minutes, and a copy of the notice of intent and return date order. In addition, the writ application further failed to comply with Rule 4-5, as it failed to provide the corresponding page number for all attachments.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 4, 2024 and must contain a copy of this ruling.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT